UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Gabriel Roper-Calhoun, § § § Plaintiff, § § v. § Case No. 1:24-cv-01239- § JPB-RDC Discover Bank; and Experian § Information Solutions, Inc., § § Defendants. § § | |

## NOTICE OF DISMISSAL AS TO DEFENDANTS DISCOVER BANK AND EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendants Discover Bank and Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted June 27, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*